## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kelly, Tamika D | Case Number: 08 B 16028 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 6/21/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 5, 2009
Confirmed:  August 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 470.00 | |
| Secured: | | 325.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 114.45 |
| Trustee Fee: | | 30.55 |
| Other Funds: | | 0.00 |
| Totals: | 470.00 | 470.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,714.00 | 114.45 |
| 2. | Union Auto Sales | Secured | 6,397.98 | 325.00 |
| 3. | Commonwealth Edison | Unsecured | 36.60 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 15.23 | 0.00 |
| 5. | Union Auto Sales | Unsecured | 119.32 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 124.26 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 852.93 | 0.00 |
| 8. | Capital One | Unsecured | 41.51 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 18.00 | 0.00 |
| 10. | America's Financial Choice Inc | Unsecured | 85.30 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 18.00 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 43.28 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 24.17 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 141.60 | 0.00 |
| 15. | AMCA | Unsecured | | No Claim Filed |
| 16. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | Armor Systems Co | Unsecured | | No Claim Filed |
| 19. | Credit Union One | Unsecured | | No Claim Filed |
| 20. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 21. | McHenry County | Unsecured | | No Claim Filed |
| 22. | Millenium Properties | Unsecured | | No Claim Filed |
| 23. | All Kids And Family Care | Unsecured | | No Claim Filed |
| 24. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 25. | Professional Account Management | Unsecured | | No Claim Filed |
| 26. | Friedell Clinic | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Kelly, Tamika D

Printed: 03/24/09

Case Number:  08 B 16028
Judge:  Wedoff, Eugene R
Filed:  6/21/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Pay Day Loans | Unsecured | | No Claim Filed |
| 28. State Collection Service | Unsecured | | No Claim Filed |
| 29. Terrold Butler | Unsecured | | No Claim Filed |
| 30. Uptown Cash | Unsecured | | No Claim Filed |
| 31. University of Chicago | Unsecured | | No Claim Filed |
| 32. USA Payday Loans | Unsecured | | No Claim Filed |
| | | $ 11,632.18 | $ 439.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 30.55 |
| | $ 30.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

